UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO ROMULO-PALOMINO, | No.  2:26-cv-00645-KES-CDB (HC) |
| Petitioner, | ORDER SETTING BRIEFING SCHEDULE REGARDING PETITIONER'S PETITION AND RESPONDENTS' MOTION TO DISMISS |
| v. | |
| WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, *et al.*, | (Doc. 1, 6) |
| Respondents. | **7-Day Deadline** |

**Background**

Petitioner Flavio Romulo-Palomino ("Petitioner"), a federal immigration detainee proceeding pro se, initiated this action on March 2, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Doc. 1).  Petitioner filed a motion for temporary restraining order ("TRO") that same day.  (Doc. 2).  The Court directed Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders in similar cases.  (Doc. 5).

On March 4, 2026, Respondents filed a motion to dismiss all Respondents aside from the warden of the facility of Petitioner's detainment (Doc. 6) and an answer to the petition (Doc. 7). On March 8, 2026, the Court converted the motion for TRO into a motion for preliminary injunction and granted it.  (Doc. 9).  The assigned district judge referred the matter to the undersigned for further proceedings.  *Id.* at 2 n.2, 3.

1

**Discussion**

In their answer, Respondents request that the Court hold the proceedings in abeyance pending the resolution of certain appeals before the Ninth Circuit. (Doc. 7 at 3; *see* Doc. 9 at 2 n.2). Given the presiding district judge's grant of Petitioner's motion for preliminary injunction (Doc. 9), the undersigned declines to hold the proceedings in abeyance pending appeals currently before the Ninth Circuit. *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001) (reaffirming that "freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that [the Due Process] Clause protects").

The undersigned will direct Respondents to file any supplemental briefing on the merits of Petitioner's petition for writ of habeas corpus (Doc. 1) and Petitioner to file any opposition to Respondents' motion to dismiss (Doc. 6), or statements of intent to file no further briefing or opposition.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1. Relevant to the merits of Petitioner's petition for writ of habeas corpus (Doc. 1):

   a. Respondents SHALL FILE any supplemental briefing on the merits of the petition or a statement of intent to file no further briefing no later than **seven (7) days** after entry of this order;

   b. Petitioner may file an optional traverse to Respondents' supplemental briefing on the merits of the petition no later than **14 days** after service of the supplemental briefing.

2. Relevant to Respondents' motion to dismiss (Doc. 6):

   a. Petitioner SHALL FILE any opposition or statement of non-opposition to Respondents' motion to dismiss (Doc. 6) no later than **14 days** after entry of this order; and

///

///

///

2

b. Respondents may file an optional reply to Petitioner's opposition to the motion to dismiss no later than **seven (7) days** after Petitioner files the opposition.

IT IS SO ORDERED.

Dated:    **March 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE